Brittany J. Finder
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4500
bfinder@ebglaw.com
*Attorney Seeking to Terminate Appearance*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EMILIO TATIS,

                                    Plaintiff,

– v –

THE CITY OF NEW YORK, NEW YORK CITY DISTRICT ATTORNEYS OFFICE, CYRUS VANCE, JR., in his capacity as District Attorney of the County of New York, and STEVEN MORAN, Individually,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER OF TERMINATION OF APPEARANCE OF BRITTANY J. FINDER, ESQ.**

No. 20-CV-09831-KPF

       I am a former Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants, New York County District Attorney's Office (sued herein as New York City District Attorneys Office), Cyrus Vance, Jr., and Steven Moran, in the above-captioned action. I respectfully request, pursuant to Local Civil Rule 1.4, that the Court terminate my appearance as counsel for Defendants.

       The Office of the Corporation Counsel has represented Defendants throughout the pendency of this action and continues to do so. *See* ECF No. 26. I appeared in this action while an attorney in the Office of the Corporation Counsel by filing a Notice of Appearance on behalf of Defendants on January 28, 2021. *See* ECF No. 23. I am no longer affiliated with the Office of the Corporation Counsel and, as such, I no longer represent the defendants in this matter.

       This action is currently in the post-pleading phase, and the parties have been referred to mediation. The termination of my appearance will not affect the posture of this action

before the Court. Accordingly, I respectfully request that my appearance in this action be terminated.

Dated: New York, New York
May 4, 2021

                                        EPSTEIN BECKER & GREEN, P.C.

                                        By:  /s/_____
                                                Brittany J. Finder
                                                Epstein Becker & Green, P.C.
                                                875 Third Avenue
                                                New York, NY 10022
                                                (212) 351-4500
                                                bfinder@ebglaw.com
                                                *Attorney Seeking to Terminate Appearance*

```
Application GRANTED.  The Clerk of Court is directed to terminate
Ms. Finder as counsel of record for Defendants.


                                    SO ORDERED.
Dated:  May 5, 2021
        New York, New York

                                    [signature: Katherine Polk Failla]

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```