

| GEORGIA M. PESTANA<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | JOSEPH PEPE<br>Tel: (212) 356-3173<br>jpepe@law.nyc.gov |
|---|---|---|

**BY ECF**  October 22, 2021

Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007



    Re: *Tatis v. City of New York, et al.* 1:20-cv-09831 (KPF)
       Request for Adjournment of Conference

Dear Judge Failla,

  I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, assigned to represent Defendants in the above-referenced matter. With the consent of John Scola, Esq., counsel for Plaintiff, I write to request that the initial pretrial conference scheduled for November 9, 2021 be adjourned.

  On October 10, 2021, the Court entered an order scheduling the above referenced matter for an initial pretrial conference on November 9, 2021 at 4:00 PM (ECF No. 30). Pursuant to this order and Federal Rules of Civil Procedure 16 and 26, the parties are required to confer, draft a proposed Civil Case Management Plan and Scheduling Order, and submit a joint letter summarizing certain aspects of the action by November 4, 2021. I make this request for an adjournment because I will be traveling out of the country from October 22 – November 7, 2021, and unable to meaningfully confer with counsel for Plaintiff in advance of the initial pretrial conference. To my knowledge, no previous requests for an adjournment have been made. On January 21, 2021, counsel for Defendants, with Plaintiff's consent, filed a letter requesting an extension of time to answer the Complaint (ECF No. 21). The Court granted this request for an extension (ECF No. 22). To my knowledge, no other requests for an extension have been made.

  For the reasons stated above and with the consent of counsel for Plaintiff, I respectfully request that the initial conference scheduled for November 9, 2021 be adjourned. Thank you for considering this submission.

                Sincerely,
                /s/
                **Joseph Pepe, Esq.**
                Assistant Corporation Counsel

cc:  All counsel of record, by ECF

Application GRANTED.

The initial pretrial conference in this matter is hereby ADJOURNED to **November 17, 2021, at 11:30 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 31.

Dated:  October 25, 2021         SO ORDERED.
        New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE