

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **JOSEPH PEPE**<br>*Senior Counsel*<br>Tel: (212) 356-3173<br>jpepe@law.nyc.gov |

August 26, 2022

<u>**VIA ECF**</u>

The Honorable James L. Cott, Magistrate Judge
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>Emilio Tatis v. City of New York et al.</u>
               Civil Action No.: 20-CV-09831-KPF

Dear Judge Cott:

      I am the Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendants in the above-referenced matter. I write on behalf of Defendants, with Plaintiff's agreement, to notify the Court pursuant to Paragraph 9 of the Court's Standing Order for All Cases Referred for Settlement to Magistrate Judge James L. Cott, that the parties have reached a settlement in principle, and to respectfully request an adjournment *sine die* of the Settlement Conference scheduled for September 8, 2022. The parties anticipate filing the necessary papers to resolve this matter next week.

      Thank you for your consideration herein.

Respectfully submitted,

**Joseph Pepe, Esq.**
Assistant Corporation Counsel